1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

13
14
15
16

| | |
|---|---|
| PAUL ABEYTA and SHERRI ABEYTA,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC., FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, JEREMY PAGE, NATIONAL REAL ESTATE SERVICES and DOES 1 – X inclusive,<br><br>Defendants. | Case No.: 3:09-cv-00747<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANT FIRST AMERICAN LOANSTAR TRUSTEE SERVICES' MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, PAUL ABEYTA and SHERRI ABEYTA ("Plaintiffs), by and through their counsel, Geoffrey L. Giles, Esq., and Defendant FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, ("FALS"), by and through

Page 1 of 3

its counsel, Robin Prema Wright, Esq. and Donna M. Osborn, Esq. of Wright Finlay & Zak, LLP, to extend Plaintiffs' deadline to respond to Defendant, FALS' Motion to Dismiss and state as follows:

WHEREAS, on January 11, 2010, Defendant FALS filed their Motion to Dismiss (Docket #11).

WHEREAS, Plaintiffs' response is due on January 29, 2010.

WHEREAS, Defendant FALS has agreed to extend time for the Plaintiffs to respond to the Motion to Dismiss up to and including February 16, 2010.

NOW THEREFORE, the parties to the above-captioned action hereby stipulate to extend Plaintiffs' deadline to file a Response to FALS Motion to Dismiss up to and including February 16, 2010.

**IT IS SO STIPULATED.**

| Submitted by: | Agreed to by: |
|---|---|
| By: /s/ D. M. Osborn<br>Donna M. Osborn, Esq.<br>Nevada Bar No. 006527<br>5532 South Fort Apache Road, Suite 110<br>Las Vegas, NV 89148<br>*Attorneys for Defendant,*<br>*First American LoanStar Trustee Services* | By: /s/ Geoffrey L. Giles  1-26-10<br>Geoffrey L. Giles, Esq.<br>Nevada Bar No. 000959<br>Post Office Box 93<br>Reno, NV 89504<br>*Attorney for Plaintiffs* |

///
///
///
///
///

## ORDER

IT IS SO ORDERED.

DATED this 27th day of January, 2010.

_____
U.S. DISTRICT COURT JUDGE